# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COX WOOTTON LERNER GRIFFIN & HANSON, LLP,<br><br>    Petitioner,<br><br>v.<br><br>BALLYHOO MEDIA, INC.<br><br>    Respondent. | Case No. 22-CV-00534-CAS-PLAx<br><br>**FINAL JUDGMENT** |

**THIS CASE** is before the Court following the Court's Order Granting Petition to Confirm and Enforce Arbitration Award. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

    1.    **FINAL JUDGMENT** is hereby entered in favor of Cox Wootton Lerner Griffin & Hanson, LLP and against Ballyhoo Media, Inc.

    2.    Cox Wootton Lerner Griffin & Hanson, LLP shall have and receive from Ballyhoo Media, Inc. the sum of **$496,583.15.**

    3.    Petitioner Cox Wootton Lerner Griffin & Hanson, LLP is awarded post Final Arbitration Award interest on all unpaid sums pursuant to 28 U.S.C. §1961, beginning from the date of the entry of the final judgment; and

4. Ballyhoo Media, Inc. shall issue payment of the aforementioned sum to the "Harrington Foxx Dubrow & Canter, LLP Client Trust Account."

**IT IS SO ORDERED** in Chambers, Los Angeles, California, this 22nd day of June, 2022.

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
HONORABLE JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA